IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ELLA C. KING,
     Plaintiff,

v.                                 Case No. 5:07cv84/RS/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,
     Defendant.
_____/

**O R D E R**

       Plaintiff has filed a complaint for judicial review of an adverse administrative decision of the Defendant and a motion for leave to proceed in forma pauperis (Docs. 1, 5).  Good cause having been shown, Plaintiff's motion to proceed in forma pauperis shall be granted.

       Accordingly, it is **ORDERED**:

       1.      Plaintiff's motion to proceed in forma pauperis (Doc. 5) is **GRANTED**.

       2.      The clerk is directed to send three certified copies of this order, the service copies of the complaint, and the prepared USM 285 forms to the United States Marshal.

       3.      The United States Marshal shall serve a copy of the complaint and summons upon Michael J. Astrue, Commissioner of Social Security and the Attorney General of the United States by <u>certified mail</u>, and upon the office of the United States Attorney for this District by regular U.S. Mail or by hand-delivery.

       4.      After a response to the complaint has been filed by the Defendant, the Plaintiff shall be required to mail to the attorney for the Defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court.  The Plaintiff shall include with the original paper to be filed with the clerk of court a certificate stating the date a correct copy of the paper was mailed to each Defendant or to the attorney representing each Defendant.  Any paper submitted for filing after a response to the complaint has been filed by the Defendant which does

not contain a certificate of service shall be returned by the clerk and disregarded by the court.

**DONE AND ORDERED** this 17<u>th</u> day of May 2007.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**