IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ELLA C. KING,
    Plaintiff,

vs.                              Case No.: 5:07cv84/RS/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

## O R D E R

    The Defendant having filed his answer (Doc. 12) to the complaint and a certified copy of the transcript of the administrative proceedings below (Doc. 13), the court believes that the interests of justice would be served by allowing the parties an opportunity to file memoranda in support of their respective positions.

    Because Plaintiff has the burden to demonstrate that Defendant's decision to deny benefits was incorrect, Plaintiff has the burden to file the first memorandum. Failure of Plaintiff to file such a memorandum which specifically addresses the claimed error shall be deemed a failure to prosecute and will result in a recommendation that this case be dismissed with prejudice.

    Accordingly, it is **ORDERED:**

    1.    Plaintiff shall have **SIXTY (60) days** to file a memorandum not to exceed twenty-five (25) pages in support of her complaint. The memorandum shall set forth Plaintiff's legal contentions and shall specifically cite the record by page number for factual contentions.

    2.    Defendant shall within **THIRTY (30) days of service of Plaintiff's memorandum** file a response, also not to exceed twenty-five (25) pages.

    3.    The clerk of court is directed to return this file to the undersigned no later than **the due date of Defendant's response.**

**DONE AND ORDERED** this 6<u>th</u> day of August 2007.

<u>/s/ *Elizabeth M. Timothy*            </u>
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

Case No: 5:07cv84/RS/EMT